IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01604-REB-BNB

WESTERN WATERSHEDS PROJECT,

Plaintiff,

v.

ROBERT J. LEAVERTON, in his official capacity as Forest Supervisor, Pike and San Isabel National Forest, and
U.S. FOREST SERVICE,

Defendants.
_____

**ORDER**
_____

This matter arises on the parties' joint **Motion to Vacate the Scheduling Conference and to Approve a Briefing Schedule In Lieu of a Scheduling Order** [Doc. # 6, filed 8/25/2009] (the "Joint Motion"). On the parties' representation that this is an administrative review pursuant to the Administrative Procedures Act, confined to the administrative record, and that no discovery or other pretrial procedures are warranted or required:

IT IS ORDERED that the Joint Motion is GRANTED. The scheduling conference set for September 8, 2009, at 11:00 a.m., is VACATED.

IT IS FURTHER ORDERED that the following schedule for the submission of the administrative record and the parties' briefs is established:

| | |
|---|---|
| Deadline to file the administrative record: | **November 18, 2009** |
| Plaintiff's Opening Brief due: | **December 18, 2009** |
| Defendants' Response Brief due: | **February 18, 2010** |
| Plaintiff's Reply Brief due: | **March 18, 2010**. |

Dated August 25, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge