IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01604-REB-BNB

WESTERN WATERSHEDS PROJECT,

Plaintiff,

v.

ROBERT J. LEAVERTON, in his official capacity as Forest Supervisor, Pike and San Isabel National Forest, and
U.S. FOREST SERVICE,

Defendants,

and

COLORADO CATTLEMEN'S ASSOCIATION, a nonprofit corporation, on behalf of its members, and
BOARD OF COUNTY COMMISSIONERS FOR CHAFFEE COUNTY, COLORADO,

Defendant-Intervenors.

_____

**ORDER**
_____

This matter arises on the following:

(1) **Motion to Intervene and Supporting Memorandum By the Colorado Cattlemen's Association and the Board of County Commissioners for Chaffee County, Colorado** [Doc. # 10, filed 10/02/2009] (the "Motion to Intervene"); and

(2) **Motion for Status of Proposed Rule 24(a)(2) Intervention** [Doc. # 17, filed 11/11/2009] (the "Motion for Status").

The proposed intervenors have timely moved to intervene; have established direct, substantial, and legally protectable interests that relate to the property and transactions which are

the subject of this action; have demonstrated that their interests may be impaired if they are not allowed to intervene; and have shown that their interests may not be adequately represented by the named defendants.

IT IS ORDERED that the Motion to Intervene [Doc. # 10] is GRANTED.

IT IS FURTHER ORDERED that all future filings shall be captioned as indicated above.

IT IS FURTHER ORDERED that the Motion for Status [Doc. # 17] is DENIED as moot.

Dated November 16, 2009.

                                        BY THE COURT:

                                         s/ Boyd N. Boland
                                        United States Magistrate Judge