**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01604-REB-BNB

WESTERN WATERSHEDS PROJECT,

    Plaintiff,

v.

ROBERT J. LEAVERTON, in his official capacity as Forest Supervisor, Pike and San Isabel National Forest, and
THE U.S. FOREST SERVICE,

    Defendants.

and

COLORADO CATTLEMEN'S ASSOCIATION, a nonprofit corporation, on behalf of its members, and
BOARD OF COUNTY COMMISSIONERS FOR CHAFFEE COUNTY, COLORADO,

    Defendants-Intervenors

**ORDER**

**Blackburn, J.**

    This matter is before me on the parties' **Joint Motion for Determination** [#27][1] filed March 19, 2010. The court has begun its review of the briefs and the administrative record in this case and will issue its written ruling as soon as practicable. On this basis, I grant the parties' motion. The parties request for oral argument, as stated in their motion, is denied.

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Joint Motion for Determination** [#27] filed March 19, 2010, is **GRANTED**;

2. That the court will issue its written ruling as soon as practicable; and

3. That the parties' request for oral argument is **DENIED**.

Dated March 25, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge